

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | **SEALED** |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Office of the United States Attorney |
| 21 | District of Nevada<br>333 Las Vegas Boulevard, Suite 5000 |
| 22 | Las Vegas, Nevada 89101<br>(702) 388-6336 |
| 23 | |
| 24 | |

1  DANIEL G. BOGDEN
   United States Attorney
2  TIMOTHY S. VASQUEZ
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336/Fax: (702) 388-6418
5

6  # UNITED STATES DISTRICT COURT

7  ## DISTRICT OF NEVADA

8

9

10 IN THE MATTERS OF THE SEARCHES OF:

11 APARTMENT #114 LOCATED AT 2851       2:12-MJ-030-PAL
   SOUTH DECATUR BOULEVARD,
12 LAS VEGAS, NEVADA;

13 A PRIVATE RESIDENCE LOCATED AT 960   2:12-MJ-031-PAL
   LUCKY BAMBOO, HENDERSON, NEVADA;
14
   A TAN IN COLOR 2002 MERCURY SEDAN   2:12-MJ-032-PAL
15 BEARING ARIZONA LICENSE TAG ABC2627;

16 APARTMENT #24 LOCATED AT 2810        2:12-MJ-0334-PAL
   SOUTH DECATUR BOULEVARD,
17 LAS VEGAS, NEVADA

18

19

20
                    ***EX PARTE* MOTION TO UNSEAL**
21
          COME NOW THE UNITED STATES OF AMERICA, by and through it undersigned
22
   attorneys, and moves this Court to order the unsealing of the application, affidavit, search warrant and
23
   return previously filed in this matter. The UNITED STATES offers the following grounds for this
24
   Motion.
25

26   1.   The search warrants issued in these matters were part of a broad investigation conducted by

the Federal Bureau of Investigation and other law enforcement agencies. That investigation has largely concluded.

2. Certain subjects of the investigation have been indicted in the criminal cases of *United States v. Horky, et al.*, 02:12-cr-440-RCJ-GWF, *United States v. Toli*, 02:12-cr-451-MMD-CWH, and *United States v. Alfaro*, 02:12-cr-450-JCM-CWH. Those indictments have been unsealed, and the indicted defendants have been arrested.

3. It is necessary to unseal the search warrant and supporting documents in this matter for purposes of discovery.

WHEREFORE, the UNITED STATES respectfully requests that the Court grant this motion and order this matter unsealed.

RESPECTFULLY SUBMITTED this 19th day of December 2012.

DANIEL G. BOGDEN,
United States Attorney

Timothy S. Vasquez
Assistant U.S. Attorney

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Date: 12/20/12

2